UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 10-0192 AG (MLGx) | Date | April 2, 2010 |
|---|---|---|---|
| Title | SALEMI v. HOLDER, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Nancy Boehme | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

**Proceedings:**   **[IN CHAMBERS] ORDER TO SHOW CAUSE RE DISMISSAL**

On March 9, 2010, the Court ordered Plaintiff to appear at a hearing on March 22, 2010 to review how this case may be handled in a just, speedy, and inexpensive manner. (Order of March 9, 2010.)  Plaintiff failed to appear at the March 22, 2010 hearing. Because of Plaintiff's failure to appear, the Court ORDERS Plaintiff to appear at a hearing on April 12, 2010 at 9:00 a.m. and show cause why this case should not be dismissed for failure to prosecute, failure to appear, and failure to follow court rules.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | nkb | |